UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YOLANDO LILLY,

                Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

25 cr 339

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: White Plains, New York
       May 15, 2025

JAY CLAYTON
United States Attorney

By: _____
Shaun E. Werbelow
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Matthew J. Galluzzo, Esq.
Attorney for Yolando Lilly